# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

138952(73)

MYRIAM VELEZ,
      Plaintiff-Appellee,

v

MARTIN TUMA, M.D.,
      Defendant-Appellant.
_____

SC: 138952
COA: 281136
Wayne CC: 04-402161-NH

On order of the Chief Justice, the motion by defendant-appellant for extension to August 25, 2011 of the time for filing his brief and appendix is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk